1
2
3
4
5
6

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

7
8

9   In re:

10   23ANDME, INC., Customer Data Security
11   Breach Litigation

MDL No.  3098

12

## CERTIFICATE OF SERVICE

13
14        In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on

15   Multidistrict Litigation, I hereby certify that on January 9, 2024, copies of the foregoing Notice of

16   Appearance and Schedule of Actions were electronically filed with the Clerk of the Court through the

17   CM/ECF system, which will send notification of such filing to all counsel of record registered as CM/ECF

18   users, as denoted on the Electronic Mail Notice List.

19   **Counsel for Parties Served via ECF:**

20

| *Santana, et al. v. 23andMe, Inc.* (Case No. 3:23-cv-05147-EMC) **Northern District of California** | *Lamons v. 23andMe, Inc.* (Case No. 3:23-cv-05178-EMC) **Northern District of California** |
|---|---|
| Scott Edelsberg EDELSBERG LAW, P.A. *scott@edelsberglaw.com* 1925 Century Park E #1700 Los Angeles, CA 90067 Telephone: 305-975-3320 | Michael R. Reese *mreese@reesellp.com* 100 West 93rd Street, 16th Floor New York, New York 10025 Telephone: (212) 643-0500 |
| Andrew J. Shamis SHAMIS & GENTILE, P.A. 14 NE 1st Avenue, Suite 400 | George V. Granade 8484 Wilshire Boulevard, Suite 515 Los Angeles, California 90211 Telephone: (310) 393-0070 |

21
22
23
24
25
26
27
28

| | |
|---|---|
| Miami, FL 33132<br>Telephone: 305-479-2299<br>*ashamis@shamisgentile.com*<br><br>**Attorneys for Plaintiffs Monica Santana and Paula Kleynburd** | *ggranade@reesellp.com*<br><br>Charles D. Moore REESE LLP<br>*cmoore@reesellp.com*<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC<br>*klaukaitis@laukaitis.com*<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Kerry Lamons** |
| ***Eden et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05200-EMC)<br>**Northern District of California**<br><br>Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, P.C.<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>*memert@kgglaw.com*<br>*ggraifman@kgglaw.com*<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br><br>David S. Casey<br>*dcasey@cglaw.com*<br>Gayle M. Blatt<br>*gmb@cglaw.com*<br>P. Camille Guerra<br>*camille@cglaw.com*<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD,<br>LLP | ***J.S. et al v. 23andMe, Inc., et al.***<br>(Case No. 3:23-cv-05234-EMC)<br>**Northern District of California**<br><br>Sharon J. Zinns<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive<br>Suite 104<br>Atlanta, Georgia 30350<br>(404) 882-9002<br>*sharon@zinnslaw.com*<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>Telephone: (816) 888-8010<br>Facsimile: (816) 332-6295<br>*mbrady@mcshanebradylaw.com*<br>*lmcshane@mcshanebradylaw.com*<br><br>**Attorneys for Plaintiffs J.S., J.T., and A.L.** |

| | |
|---|---|
| **Attorneys for Plaintiffs Bonnie Eden (also a Movant in Case No. 3:23-cv-05147-EMC), Daniel Pinho, Thomas Seawright and Pamela Zager-Maya** | |
| ***Mirza v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05259-EMC)<br>**Northern District of California**<br><br><br>Seyed Abbas<br>Kazerounian Mona<br>Amini<br>KAZEROUNI LAW GROUP, APC<br>*ak@kazlg.com*<br>*mona@kazlg.com*<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone:  (800) 400-6808<br>Facsimile:  (800) 520-5523<br><br>**Attorneys for Plaintiff Haris Mirza** | ***Navarro v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05281-EMC)<br>**Northern District of California**<br><br>Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>*sec@colevannote.com*<br>*lvn@colevannote.com*<br><br>**Attorneys for Plaintiffs Katianne Navarro and Michael Blackwell** |
| ***Greenberg v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05302-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel.: (858) 209-6941<br>*jnelson@milberg.com*<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>*ostrow@kolawyers.com*<br><br>**Attorneys for Plaintiff Caroline Greenberg** | ***Friend v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05323-EMC)<br>**Northern District of California**<br><br>Kaveh S. Elihu<br>Saima Ali Gipson<br>1001 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 382-2222<br>Facsimile: (213) 382-2230<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>*kelihu@ejlglaw.com*<br>*sali@ejlglaw.com*<br><br>**Attorneys for Plaintiffs Nichole Friend, Aaron Parra, and Mari Rajamin** |
| ***Hoffman et al v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05332-EMC)<br>**Northern District of California** | ***Farmer v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05341-EMC)<br>**Northern District of California** |

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, California 9
Tel.: (858) 209-6941
*jnelson@milberg.com*

Marc E. Dann
DANNLAW
25 North Street
Dublin, Ohio 43017
*mdann@dannlaw.com*

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
*tom@attorneyzim.com*

**Attorneys for Plaintiffs Alexandra
Hoffman and Alexandra Klawitter**

M. Anderson Berry
Gregory Haroutunian
Brandon P. Jack
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
*aberry@justice4you.com*
*gharoutunian@justice4you.com*
*bjack@justice4you.com*

Benjamin H. Kleine
KLEINE PC
95 Third Street, 2nd
Floor, #9048
San Francisco, CA 94103
Telephone: 415-465-5655
*ben@kleinepc.com*

**Attorneys for Plaintiff Adriane Farmer**

| *Berman et al v. 23andMe, Inc.* (Case No. 3:23-cv-05345-EMC) **Northern District of California** | *Tulchinsky v. 23andMe, Inc.* (Case No. 3:23-cv-05369-EMC) **Northern District of California** |
|---|---|
| Ross M. Good<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, Illinois 60601<br>T: (312) 889-6625<br>*ross@loftusandeisenberg.com*<br><br>William Aron ARON LAW FIRM<br>15 W Carrillo St, Suite 217<br>Santa Barbara,<br>CA 93101<br>T: (805) 618-1768<br>*bill@aronlawfirm.com*<br><br>**Attorneys for Plaintiffs Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, Julia Hawkins** | Michael R. Reese<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>*ggranade@reesellp.com*<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Charles D. Moore<br>*cmoore@reesellp.com*<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>REESE LLP |

|  | Courtney L. Weiner |
|  | cw@courtneyweinerlaw.com |
|  | 1629 K St. NW, Suite 300 |
|  | Washington, DC 20006 |
|  | Telephone: (202) 827-9980 |
|  | LAW OFFICE OF COURTNEY WEINER |
|  | PLLC |
|  | |
|  | **Attorneys for Plaintiff** |
|  | **David Tulchinsky** |

| *Seikel v. 23andMe, Inc.* | *Fralix v. 23andMe, Inc.* |
|---|---|
| (Case No. 3:23-cv-05419-EMC) | (Case No. 3:23-cv-05439-EMC) |
| **Northern District of California** | **Northern District of California** |
| | |
| Ben F. Pierce Gore | Eric M. Poulin |
| PIERCE GORE LAW FIRM, PC | eric.poulin@poulinwilley.com |
| 315 Montgomery Street | Blake G. Abbott |
| 10th Floor | blake.abbott@poulinwilley.com |
| San Francisco, CA 94104 | Paul J. Doolittle |
| (408) 806-4600 | paul.doolittle@poulinwilley.com |
| piercegore@gmail.com | 32 Ann Street |
| | Charleston, SC 29403 |
| Charles J. LaDuca Brendan Thompson | Telephone: (803) 222-2222 |
| CUNEO GILBERT & LADUCA, LLP | Fax: (843) 494-5536 |
| 4725 Wisconsin Avenue NW Suite 200 | POULIN WILLEY ANASTOPOULO, LLC |
| Washington, DC 20016 (202) 789-3960 | |
| charles@cuneolaw.com; | John Christian |
|  brendan@cuneolaw.com | yanni@bohrenlaw.com |
| | 8560 West Sunset Boulevard, 4th Floor |
| Charles Barrett | West Hollywood, CA 90069 |
| Daniella Bhadare-Valente | Tel: 619-433-2803 |
| Morgan L. Burkett | Fax: 800-867-6779 |
| NEAL & HARWELL, PLC | Bohren BOHREN LAW, APC |
| 1201 Demonbreun St. | |
| Suite 1000 | **Attorneys for Plaintiff Elaine Fralix** |
| Nashville, TN 37203 | |
| (615) 244-1713 | |
| cbarrett@nealharwell.com | |
| dbhadare-valente@nealharwell.com | |
| mburkett@nealharwell.com | |
| | |
| **Attorneys for Plaintiff Stephen L. Seikel** | |

| *Velez v. 23andMe, Inc.* | *Smith v. 23andMe, Inc.* |
|---|---|
| (Case No. 3:23-cv-05464-EMC) | (Case No. 3:23-cv-05548-EMC) |
| **Northern District of California** | **Northern District of California** |

Karen Hanson Riebel
Kate Baxter-Kauf
Maureen Kane Berg
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Square, Suite 2200
Minneapolis, Minnesota 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
*khriebel@locklaw.com*
*kmbaxter-kauf@locklaw.com*
*mkberg@locklaw.com*

Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD,
LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232
*gmb@cglaw.com*
*camille@cglaw.com*

Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburg, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
*gary@lcllp.com*

**Attorneys for Plaintiff Harold Velez**

Nicholas A. Migliaccio
412 H Street NE, no. 302,
Washington, DC, 20002
Office: (202) 470-3520
*nmigliaccio@classlawdc.com*

Jason S. Rathod
*jrathod@classlawdc.com*

Matthew Smith
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (831) 687-8255
MIGLIACCIO & RATHOD LLP
*msmith@classlawdc.com*

**Attorneys for Plaintiff Laquisha Smith**

| *Alperstein et al v. 23andMe, Inc.* | *Furia v. 23andMe, Inc.* |
|---|---|
| (Case No. 3:23-cv-05541-EMC) | (Case No. 3:23-cv-05565-EMC) |
| **Northern District of California** | **Northern District of California** |
| | |
| CLARKSON LAW FIRM, P.C. | Matthew Smith |
| Ryan J. Clarkson | MIGLIACCIO & RATHOD LLP |
| *rclarkson@clarksonlawfirm.com* | 201 Spear Street, Suite 1100 |
| Yana Hart | San Francisco, CA 94105 |
| *yhart@clarksonlawfirm.com* | Tel: (831) 687-8255 |
| Tiara Avaness | *msmith@classlawdc.com* |
| *tavaness@clarksonlawfirm.com* | |
| Valter Malkhasyan | Daniel E. Gustafson |
| *vmalkhasyan@clarksonlawfirm.com* | David A. Goodwin |

| | |
|---|---|
| 22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**Attorneys for Plaintiffs Max Alperstein<br>and Arya Shoaee** | Matt Jacobs<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>*dgustafson@gustafsongluek.com*<br>*dgoodwin@gustafsongluek.com*<br>*mjacos@gustafsongluek.com*<br><br>**Attorneys for Plaintiff Nicholas Furia** |
| ***Schutz v. 23andMe Inc.***<br>(Case No. 3:23-cv-05579)<br>**Northern District of California**<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: *lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*breed@kaplanfox.com*<br><br>BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow<br>Anthony L. Parkhill<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Telephone: 312-621-2000<br>Facsimile: 312-641-5504<br>Email: *b.barnow@barnowlaw.com*<br>*aparkhill@barnowlaw.com*<br><br>**Attorneys for Plaintiff Michael Schutz,<br>Cody Vogel, and Eileen Mullen (also a<br>Movant in Case No. 3:23-cv-05147-EMC)** | ***Vickery v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05635-EMC)<br>**Northern District of California**<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>*byrd@whafh.com*<br><br>Jon Tostrud<br>TOSTRUD LAW GROUP, PC<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/278-2600<br>Facsimile: 310/278-2640<br>*jtostrud@tostrudlaw.com*<br><br>Erik H. Langeland<br>ERIK H. LANGELAND, P.C.<br>733 Third Avenue, 16th Floor<br>New York, NY 10017<br>Telephone: (212) 354-6270<br>*elangeland@langelandlaw.com*<br><br>**Attorneys for Plaintiff Thomas Vickery** |
| ***Sorensen v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05677-EMC)<br>**Northern District of California**<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>865 Howe Avenue | ***Doe v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05717-EMC)<br>**Northern District of California**<br><br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Dorothy P. Antullis<br>Stuart A. Davidson<br>Lindsey H. Taylor |

| | |
|---|---|
| Sacramento, CA 95825<br>Telephone: (916) 239-4778<br>Facsimile: (916) 924-1829<br>*aberry@justice4you.com*<br>*gharoutunian@justice4you.com*<br>*bjack@justice4you.com*<br><br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>-and-<br>212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>*wbf@federmanlaw.com*<br><br>**Attorneys for Plaintiff Brianna Sorensen** | Nicolle B. Brito<br>Alexander C. Cohen<br>Nicolle B. Brito<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>*DAntullis@rgrdlaw.com*<br>*NBrito@rgrdlaw.com*<br>*LTaylor@rgrdlaw.com*<br>*ACohen@rgrdlaw.com*<br>*SDavidson@rgrdlaw.com*<br><br>THE GRANT LAW FIRM, PLLC<br>Lynda J. Grant<br>*lgrant@grantfirm.com*<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>Telephone: 212/292-4441<br>212/292-4442 (fax)<br><br>LONGMAN LAW, P.C.<br>Howard T. Longman<br>*HLongman@Longman.Law*<br>354 Eisenhower Parkway, Suite 1800<br>Livingston, NJ 07039<br>Telephone: 973/994-2315<br>973/994-2319 (fax)<br><br>**Attorneys for John Doe** |
| ***Dube v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05768-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, LLC<br>402 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br>Fax: (858) 209-6941<br>Email: *jnelson@milberg.com*<br><br>Jason P. Sultzer, Esq.<br>270 Madison Avenue, Suite 1800<br>New York, NY 10016<br>Tel: (845) 483-7100<br>Fax: (888) 749-7747 | ***Andrizzi v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05198-EMC)<br>**Northern District of California**<br><br>Daniel Srourian, Esq.<br>SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd., Suite 1710<br>Los Angeles, California 90010<br>Telephone: (213) 474-3800<br>Facsimile: (213) 471-4160<br>Email: *daniel@slfla.com*<br><br>**Attorneys for Plaintiff Michelle Andrizzi** |

| | |
|---|---|
| sultzerj@thesultzerlawgroup.com<br><br>Charles E. Schaffer, Esq.<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>*cschaffer@lfsblaw.com*<br><br>**Attorneys for Plaintiff Briana Dube** | |
| ***Molina v. 23andMe, Inc.***<br>(Case No. 3:23-cv-05779-EMC)<br>**Northern District of California**<br><br>Daniel E. Barenbaum<br>Christina M. Sarraf<br>425 California Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: *dbarenbaum@bermantabacco.com*<br>*csarraf@bermantabacco.com*<br>Patrick T. Egan<br>Steven J. Buttacavoli<br>BERMAN TABACCO<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>Email: *pegan@bermantabacco.com*<br>*sbuttacavoli@bermantabacco.com*<br><br>**Attorneys for Plaintiff Brandon Molina** | ***Scott v. 23andMe Holding Co., 23andMe, Inc.***<br>(Case No. 3:23-cv-5980-LB)<br>**Northern District of California**<br><br>LEXINGTON LAW GROUP<br>Mark N. Todzo<br>Meredyth L. Merrow<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: (415) 913-7800<br>Facsimile: (415) 759-4112<br>*mtodzo@lexlawgroup.com*<br>*mmerrow@lexlawgroup.com*<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169-1820<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>*jguglielmo@scott-scott.com*<br>*calexander@scott-scott.com*<br><br>**Attorneys for Plaintiff Tracy Scott, Anna Daveiga, and Emily Beale** |
| ***Ioffe v. 23andMe, Inc.***<br>(Case No. 5:23-cv-06205-NC)<br>**Northern District of California**<br><br>SCHUBERT JONCKHEER & KOLBE LLP<br>Robert C. Schubert<br>*rschubert@sjk.law*<br>Amber L. Schubert<br>*aschubert@sjk.law*<br>2001 Union St, Ste 200 | ***Rivers v. 23andMe Holding Co., 23andMe, Inc.***<br>(Case No. 4:23-cv-06481-DMR)<br>**Northern District of California**<br><br>AZRA MEHDI (SBN 220406)<br>*azram@themehdifirm.com*<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor No. 9122 |

| | |
|---|---|
| San Francisco, CA 94123<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Attorneys for Plaintiff Polina Ioffe** | San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880<br><br>John C. Herman<br>*jherman@hermanjones.com*<br>Candace N. Smith<br>*csmith@hermanjones.com*<br>HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: (404) 504-6500<br>Facsimile: (404) 504-6501<br><br>**Attorneys for Plaintiff Kristen Rivers and V.R. Rivers** |
| ***Ryan v. 23andMe Inc.***<br>(Case No. 3:23-cv-5968-CRB)<br>**Northern District of California**<br><br>GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>Email: *mgodino@glancylaw.com*<br><br>Brian P. Murray<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212)-884-0988<br>*bmurray@glancylaw.com*<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel.: (516) 426-6870<br>*paul@paulwhalen.com*<br><br>**Attorneys for Plaintiff Melissa Ryan** | ***Dhaman Gill v. 23andMe, Inc.***<br>(Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California**<br><br>Michael R. Reese<br>*mreese@reesellp.com*<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>*ggranade@reesellp.com*<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Kevin Laukaitis<br>*klaukaitis@laukaitislaw.com*<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Dhaman Gill** |
| ***Bacus v. 23andMe, Inc.***<br>(Case No. 1:23-cv-16828)<br>***Northern District of Illinois*** | ***Hu v. 23andMe, Inc.***<br>(Case No. 1:23-cv-17079)<br>**Northern District of Illinois** |

Andrea Gold
Hassan A. Zavareei
*hzavareei@tzlegal.com*
Glenn E. Chappell
*gchappell@tzlegal.com*
David W. Lawler
*dlawler@tzlegal.com*
Leora N. Friedman
*lfriedman@tzlegal.com*
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**Attorneys for Plaintiff Michele Bacus**

Katrina Carroll
LYNCH CARPENTER, LLP
111 W. Washington St. Suite 1240
Chicago IL 60602
312.750.1265
*katrina@lcllp.com*

Jonathan M. Jagher
FREED KANNER LONDON & MILLEN
LLC
923 Fayette Street
Conshohocken, PA 19428
610.234.6486
*jjagher@fklmlaw.com*
Michael E. Moskovitz
Nia-Imara Barberousse Binns
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
224.632.4506
*mmoskovitz@fklmlaw.com*
*nbinns@fklmlaw.com*

**Attorneys for Plaintiff Alyson Hu**

*Paddy et al v. 23andMe, Inc.*
(Case No. 3:23-cv-06698-EMC)
**Northern District of California**

Laurence D. King
Matthew B. George
Blair E. Reed
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*

Norman E. Siegel
J. Austin Moore
Brandi S. Spates
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
*siegel@stuevesiegel.com*
*moore@stuevesiegel.com*

*Picha v. 23andMe, Inc.*
(Case No. 3:23-cv-06719-EMC)
**Northern District of California**

Christopher L. Springer
Cari Campen Laufenberg
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P
801 Garden Street, Suite 301
Santa Barbara, CA 93101
*cspringer@kellerrohrback.com*
*claufenberg@kellerrohrback.com*
*gcappio@kellerrohrback.com*
(805) 456-1496

**Attorneys for Plaintiff Cami Picha**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*spates@stuevesiegel.com*

**Attorneys for Plaintiff Claire Paddy and Neil Haven**

Respectfully submitted,

DATED:  January 9, 2024

By:  */s/ Ian C. Ballon*

Ian C. Ballon
GREENBERG TRAURIG, LLP
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Tel: 650-289-7881; Fax: 650-462-7881
*Attorneys for Defendants 23andMe, Inc., 23andMe*
*Pharmacy Holdings, Inc., 23andMe Holding Co.*