**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: 23ANDME, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3098 |

## PROOF OF SERVICE

I hereby certify that on January 18, 2024, I electronically filed the foregoing Plaintiff's Opposition to Motion for Transfer and Consolidation of 23AndMe, Inc. Litigation Pursuant to 23 U.S.C. § 1407 and this Proof of Service with the Clerk of the JPML using the CM/ECF system, and notice was thereby disseminated to all counsel of record registered via the CM/ECF email notification system.

Dated: January 18, 2024

Respectfully submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Counsel for Plaintiff Michele Bacus
(Case Number 1:23-cv-16828, N.D. IL)*

1